RECEIVED
OCT 24 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD W. BLACK, Plaintiff | CIVIL DOCKET NO. 1:19-CV-1023-P |
| VERSUS | JUDGE DRELL |
| VICTOR JONES, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Restraining Order (Doc. 2) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of October, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE