UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD W. BLACK, Plaintiff | CIVIL DOCKET NO. 1:19-CV-1023-P |
| VERSUS | JUDGE DRELL |
| VICTOR JONES, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), and after a de novo review of the record including the Objection filed by Plaintiff (Doc. 10), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's § 1983 claims are DENIED and DISMISSED WITH PREJUDICE, with the claims barred by Heck v. Humphrey, 512 U.S. 477 (1994), dismissed with prejudice to being asserted again until the conditions established by Heck have been met. See DeLeon v. City of Corpus Christi, 488 F.3d 649, 657 (5th Cir. 2007). Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE to being asserted in state court.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE